UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| HECTOR LEYVA-MARTINEZ<br>DOC # 518766 | * <br> * <br> * | CIVIL ACTION NO. 2:12-cv-2333<br>SECTION P |
| v. | * <br> * <br> * | JUDGE MINALDI |
| BURL CAIN, WARDEN | * | MAGISTRATE JUDGE KAY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 23) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, consideration of Plaintiff's Objections (Rec. Doc. 24), and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the petition for writ of habeas corpus is **DENIED** and **DISMISSED WITH PREJUDICE**.

Lake Charles, Louisiana, this ____ day of _____, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE